NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RASHAD COLEMAN,                            )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-3982
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____       )

Opinion filed August 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Rashad Coleman, pro se.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and CASANUEVA and SALARIO, JJ., Concur.